FILED

2023 Sep-11  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:10-CR-237-AMM-GMB** |
| | ) | |
| **JORAN VAN DER SLOOT** | ) | |

## SECOND UNOPPOSED MOTION TO CONTINUE TRIAL
## AND PRETRIAL DEADLINES

Joran van der Sloot, through undersigned counsel and without opposition from the United States, moves pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(1)(7)(A), (h)(7)(B)(i) & (iv) to continue the pretrial motion deadline and any trial setting for at least 45 days. In support, Mr. van der Sloot states:

1. The pretrial motions deadline is currently set for September 11, 2023, with any responses due no later than September 18, 2023. (Doc. 34). Additionally, the deadline to inform the court whether Mr. van der Sloot intends to plead guilty or go to trial is September 18, 2023. (*Id.*) Any trial date is to be set by separate order by a United States District Judge. (*Id.*)

2. Because undersigned counsel, despite due diligence, requires additional time to review the discovery, investigate this case, and prepare for trial, it is in the interest of justice to continue the motions deadline and the trial setting.

3. Accordingly, Mr. van der Sloot requests the pretrial and trial deadlines be continued for at least 45 days.

4. The government does not oppose Mr. van der Sloot's request and Mr. van der Sloot has previously filed a waiver of speedy trial. (Doc. 33-1).

5. Requests for a continuance are committed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh. denied* 749 F.2d 733, *cert. denied* 471 U.S. 1100 (1985). A continuance to allow defendant, "the reasonable time necessary for effective preparation" for trial is one factor considered significantly by the Speedy Trial Act. *United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. § 3161(h)(7)(B)(iv). The Eleventh Circuit has repeatedly recognized that a continuance to provide adequate preparation by counsel serves the ends of justice. *United States v. Goetz*, 826 F.2d 1025, 1028 (11th Cir. 1987); *United States v. Elkins*, 795 F.2d 919, 924 (11th Cir. 1986), *cert. denied* 479 U.S. 952 (1986); *United States v. Sarro*, 742 F.2d 1286, 1300 (11th Cir. 1984), *reh, denied* 751 F.2d 394 (1984).

6. For these reasons, Mr. van der Sloot respectfully requests the motion be granted.

Respectfully Submitted,

**/s/ Kevin L. Butler**
Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
Kevin_Butler@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 11, 2023, I electronically filed the foregoing via this

Court's CM/ECF system, which will send notice of such filing to all counsel of record.


**<u>/s/ Kevin L. Butler</u>**