



FILED

OCT 18 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-00237-AMM-GMB |
| | ) | |
| JORAN ANDREAS PETRUS | ) | |
| VAN DER SLOOT, also known | ) | |
| as JORAN VAN DER SLOOT, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENT TO SENTENCING MEMORANDUM

The United States submits this evidentiary supplement to the Sentencing Memorandum filed in the above-referenced case. Included within this supplement are the following items:

1. Exhibit A – Transcript and Audio of portion of Proffer Interview of Defendant Joran van der Sloot

2. Exhibit B – Victim impact statement from Elizabeth Ann Holloway

3. Exhibit C – Victim impact statement from Dave Holloway

Respectfully submitted the 18th day of October, 2023.

PRIM F. ESCALONA
United States Attorney

LLOYD C. PEEPLES, III
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed in Court

on or about October 18, 2023, and that a copy of the submission and exhibits were

provided to counsel of record.

LLOYD C. PEEPLES, III