FILED
2023 Oct-18 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Date: October 3, 2023

File Number: 9B-BH-54439 - 1D28

nrc

The following is the transcript of a portion of a recorded interview of Joran van der Sloot [JVDS]. This portion is from timestamp 21:43 to 25:48. JVDS' attorney, Kevin Butler, is interviewing JVDS during this portion.

In the event any discrepancies are perceived between the original tape recording and the transcript, the recording will be the final authority.

1 [TIMESTAMP 21:43]

2 JVDS: Plus uh, she – she asked to go back to her hotel but I was just trying to get dropped off a
3 little bit further away from her hotel so we could uh, walk back to her hotel and I might
4 still get a chance to – to be with her.

5 BUTLER: Okay.

6 JVDS: That's what I was hoping for.

7 BUTLER: Okay, so what happens?

8 JVDS: Uhm, yeah, and Deepak drops me off at another place, uh, a little right of the - of the
9 Marriott Hotel known as The Fisherman's Huts. Uhm, this place uh, is not so far from,
10 you know, the next hotel is the Marriott, and the next hotel after that is a – another
11 Marriott, which is a timeshare. And then it's the – the Holiday Inn. Uhm, we – we walk
12 along the beach. Uh...

13 BUTLER: Alright uhm, do Deepak and Satish get out? Come with...uh, what – what – what
14 happens?

15 JVDS: No, uh Deepak and Satish leave. Uh, they uh leave uhm, they go back to their home, I
16 assume they go back to their home. Uhm, they get in their car and they leave. Uh, I'm
17 actually with uh, I'm actually with uh, with Natalee, walking along the beach. Uh, I find
18 a space before we get to the, before we get to the Marriott Hotel, where I lay her down,
19 we lay down together in the sand and uh, we start kissing each other. I start – I get her
20 to kiss me again and we start kissing each other. And uh, I start feeling her up again and
21 she tells me no. She tells me she doesn't want me to – to feel her up. Uh, I insist. I
22 keep feeling her up either way. Uhm, and uh she knees me uh, she ends up kneeing me
23 in the crotch. Uh, when she knees me in the crotch, uh, I get up, uh, on the beach and I
24 kick her ex – extremely hard in – in the face. Uhm, yeah, she's laying down uh,

1

| 25 | | unconscious, possibly even uh, even dead, but definitely unconscious. And uhm, I see |
| 26 | | uh, right next to her there's a – there's a huge uh cinderblock laying on the beach. |
| 27 | BUTLER: | When you say cinderblock, uhm, I'm looking at the walls of this uhm place, is it like |
| 28 | | those? |
| 29 | JVDS: | Exact same cinderblocks. I see a – a huge cinderblock laying on the – on the beach. Uh, |
| 30 | | I take this and uh, yeah, I – I – I smash her head in with it completely. Uh, yeah, her face |
| 31 | | basically, you know, uh collapses in. Even though it's dark, I can see her face is collapsed |
| 32 | | in. Uhm, afterwards I don't exactly know uh, what uh, you know, I'm – I'm scared. I |
| 33 | | don't know what to do. Uh, and I uh, I decide to – to take her and uh – uh to put her |
| 34 | | into the ocean. So I grab her and I – I half uh, half pull and half walk with her into the |
| 35 | | ocean. Uhm, I uh, I push her off. Uh, I walk up uh, up to about my knees into the ocean |
| 36 | | and I push her off into – into the – into the – into the sea. Uhm, and uhm, yeah, after |
| 37 | | that I – I get out. I – I walk home. |
| 38 | [TIMESTAMP 25:28] | |

# AUDIO SUBMITTED SEPARATELY