FILED
2023 Oct-18 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**Victim Impact Statement by Beth Holloway**
10-18-23

Joran, for eighteen years you have denied killing my daughter Natalee. Your lies and manipulation, taunting us with fake news interviews and wild stories of what happened to her, have caused indescribable pain and harm to my family and me. The grief I feel lives way down deep in my soul. Now in the course of being sentenced for attempting to sell me her bodily remains, you have finally admitted that you, in fact, murdered her.

Natalee would be 36 years old now. I think about what kind of doctor she would have become. She would be married. Have children. My grandchildren. But you destroyed all this. You terminated her potential, her dreams and her possibilities when you bludgeoned her to death in 2005. You took away my son's big sister. You changed the course of our lives and turned them upside down.

You are a murderer. Remember that every time that jail door slams shut. You are a killer. You didn't get what you wanted from Natalee – sexual satisfaction – so you brutally killed her. *You didn't get what you wanted, so you killed her.*

I have wondered over the years about the grief YOUR mother has experienced. I've thought about how you destroyed her life, your brothers', your grandmother's, and everyone's around you. And what about your daughter? Imagine one day you get a call that your daughter has vanished, then you find out years later that a big bully who forced himself on her didn't get what he wanted, so he violently murdered her. Imagine that. I've wondered if the stress you caused your father Paulus contributed to his heart attack and sudden death. You are to blame for all their suffering. And you are the one thing no one in Aruba wants to be: the black mark.

Extreme emotional loss and pain really can't be comprehended by those who haven't lived a devastating tragedy like ours, and I have also suffered great professional and financial loss. When you killed Natalee, I lived in Aruba trying to find her and lost my teaching license and my tenure. I had to go back to school to get my license reinstated, and then had to work harder to get my tenure back.

Since 2010 when you extorted me and tried to sell me her bodily remains, I incurred attorney and investigative expenses that totaled about $215,000.

Your life was pretty much over in 2010 when you extorted me and then killed another young woman in Peru five years to the day after you killed Natalee. Even though you have finally confessed and it has been confirmed that you killed my daughter, you can't be tried here for her murder. I implore this court to give you the maximum sentence for wire fraud and extortion and demand you make financial restitution.

Joran, while you're living your life in prison until you're an old man, I'll live the rest of my life with wonderful memories of a beautiful young lady who had her whole life in front of her. Natalee will be 18 forever in my heart. She was smart, and so accomplished, and I have no doubt she would have made all her dreams come true. She had real hope. The hope that filled her heart fills mine, and I will wake up every day remembering who she was.

BH/ST