FILED
2023 Oct-18 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

October 13, 2023

Honorable Anna M. Manasco
U.S. District Judge
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

**Re:   2:10-cr-237-AMM-GMB**

Dear Judge Manasco:

Nothing about the last 18 years of being Natalee Holloway's father has been what I dreamed for our daughter. We were not able to see Natalee grow into the woman she was poised to become when she was ripped from our lives on May 30, 2005 during a high school graduation trip with her friends. We never saw her attend the University of Alabama, where she was set to begin classes in August 2005 on a full scholarship. We never saw her pursue her dream of becoming a doctor. We never saw her dance again. We never saw Natalee celebrate another birthday or Christmas, walk down the aisle as a bride, or rock her newborn. We were robbed of a promising future together with our beautiful, talented Natalee. And now we know who took that future from us: the man who will be standing before you for sentencing on October 18, 2023 who has confessed to murdering our daughter.

For almost two decades, this man has deprived us of the basic truth of what happened to Natalee. We now know that he killed her—intentionally, because she dared to stand up for her own body and defended herself against his unwanted sexual advances. Protecting herself enraged an aggressive predator to the point of murder. He murdered Natalee, and then tortured and extorted those who loved her most.

Despite everything that he has done to us, he is not sorry for what he did. He expresses no remorse, regret, or even compassion for committing the horrific crime that violently ended Natalee's life and irreparably changed the trajectory of all of ours. He is evil personified.

Having seen and heard him confess to the brutal murder of our daughter, I believe him. We are satisfied that our daughter died at his hands, and that he acted alone. Questions will forever remain about the extent to which others participated in depriving us of the opportunity to return Natalee's remains to Alabama.

Case 2:10-cr-00237-AMM-GMB   Document 45-3   Filed 10/18/23   Page 3 of 3

But for the tenacity of the United States Attorneys' Office, the FBI, and other federal agencies who relentlessly pursued justice for Natalee, we would not be here today. We are forever grateful for their professionalism, dedication, and perseverance.

Please sentence this man to the fullest extent of the law. Today marks some legal accountability, but we are convinced that a higher power will pronounce the ultimate judgment on this defendant and anyone else who helped him prevent us from bringing Natalee home.

Sincerely yours,

*Dave Holloway*

Dave Holloway, father of Natalee Holloway (1986-2005)